IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CRIMINAL MINUTES – Supervised Release or Probation Revocation Hearing

Case No.: 6:99CR70054-001        Date: 3/19/2013

**Defendant:** Stacey Lamont Hamlett         **Counsel:** Allegra Black, FPD

PRESENT:
- JUDGE: Norman K. Moon
- Deputy Clerk: Heidi N. Wheeler
- Court Reporter: Carol Jacobs
- U. S. Attorney: Daniel Bubar
- USPO: Mike Blankenship
- Case Agent:
- Interpreter:

TIME IN COURT: 10:04-10:12=8 min

## LIST OF WITNESSES

GOVERNMENT:
1.
2.
3.
4.

DEFENDANT:
1.
2.
3.
4.

**PROCEEDINGS:**

☒ Defendant does not contest the violations listed in the Petition/Violation Report.

☒ No Objections to Petition/Violation Report.

☐ Court inquires as to Objection(s) to Petition/Violation Report made by ☐ USA ☐ Deft.
   ☐ Court overrules Objection(s).   ☐ Court grants Objection(s).

☐ Government Motion for (list any applicable motions).
   ☐ Court grants.   ☐ Court denies.

☐ Defendant Motion for (list any applicable motions)
   ☐ Court grants.   ☐ Court denies.

☒ Allocutions.

☐ Court finds that Defendant did not violate the terms of release and dismisses the request to revoke.

☒ Court finds that Defendant committed a Grade C violation and revokes term of supervised release/probation.

SENTENCE IMPOSED AS FOLLOWS:

CBOP:
PROB: _____
SR:   4 months - comply w/Standard, Mandatory & Special Conditions Home Detention to be served consecutively to any state sentence the defendant may now be serving
SA:   $_____ reimposed.
FINE: $_____ reimposed.
REST: $_____ reimposed.

| | Court recommends as follows: |
|---|---|
| ☐ | That Defendant receive appropriate drug treatment and/or mental health treatment while imprisoned. |
| ☐ | That Defendant be designated by the Bureau of Prisons to _____. |

SPECIAL CONDITIONS (Check applicable conditions):

☐ The defendant shall participate in a program of testing and treatment for substance abuse, as approved by the probation officer, until such time as the defendant has satisfied all requirements of the program.

☐ The defendant shall participate in a program of mental health treatment, as approved by the probation officer, until such time as the defendant has satisfied all requirements of the program.

☐ The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons.

☐ The defendant shall submit to warrantless search and seizure of person and property as directed by the probation officer, to determine whether the defendant is in possession of firearms and illegal controlled substances.

☐ The defendant must submit to warrantless search and seizure of person and property by the probation officer or other law enforcement officer, whenever such officer has reasonable suspicion that the defendant is engaged in criminal activity.

☐ The defendant shall pay any fine, special assessment or restitution that is imposed by this judgment.

☐ The defendant shall not incur new credit charges or open additional lines of credit without the approval of the supervising officer.

☐ The defendant shall provide the probation officer with access to any requested financial information.

☐ The defendant shall be prohibited from engaging in certain banking activities pursuant to 12 U.S.C. § 1829(a).

☐ The defendant shall perform ____ hours of community service to be worked out with and approved by the supervising officer.

☒ The defendant shall participate in the Home Confinement Program under home detention for a period of Fout months and shall abide by all program requirements. The defendant is restricted to his/her residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; or other activities pre-approved by the probation officer.

☐ While under home detention, the defendant shall submit to electronic monitoring and shall pay the costs of the electronic monitoring service.

☐ Within ___ days of release on probation/supervised release, the defendant shall register with the VA Dept. of State Police, Sex Offender Registry. The defendant shall also notify this agency within 30 days of any change of residence.

☐ Upon release from imprisonment, the defendant shall be delivered to an authorized immigration official for deportation proceedings and shall remain outside of the United States.

☐ See additional special condition(s) below.

PAYMENT SCHEDULE:

☐ A lump sum payment of $____ is due immediately, and during the term of imprisonment, payment in equal (weekly, monthly, quarterly) installments of $_____ or ____% of the defendant's income, whichever is Choose an item., to commence ___ days after the date of this judgment; and payment in equal (weekly, monthly, quarterly) installments of $___ during the term of supervised release, to commence ____ days after release from imprisonment.

ADDITIONAL RULINGS:

☒ Defendant advised as to right to appeal.
☐ Defendant remanded to custody.
☐ Defendant to remain on bond and self report:
    ☐ to the U. S. Marshal no later than (time) on (date).
    ☐ to the institution designated by the Bureau of Prisons as directed by the U. S. Marshal.
    ☐ to the institution designated by the Bureau of Prisons as directed by the U. S. Probation Office.

Additional Information:
Question of work release program addressed.

Court will sentence defendant to home detention instead.
Findings by court.
Defendant on State Work Release.